IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

               v.                                  No. 3:98cr6/RV

JEFFREY L. DAILEY

_____/

ORDER

The defendant appeared before the undersigned for a detention hearing based on the government's earlier motion to detain arising out of a petition alleging violation of defendant's supervised release.  After reviewing consultative psychological reports from three psychologists, which the undersigned also read, the government withdrew its motion to detain.

Accordingly, it is ORDERED that defendant be released under the same conditions of supervised released previously imposed with the following additional requirements:

1.     He shall fully comply with all orders of the Circuit Court of Walton County, Florida concerning evaluation and treatment for mental illness.

2.     He shall authorize the C.O.P.E. program to release its records concerning the defendant to his supervising federal probation officer on demand.

DONE AND ORDERED at Pensacola, Florida this 9th day of November, 2006.

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE